# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 17, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

144721(58)

SCOTT and JEANNE WOODBURY,
        Plaintiffs,
and

CENTER WOODS, INC.,
        Plaintiff-Appellant,

v

RES-CARE PREMIER, INC.,
        Defendant-Appellee,
and

RUTH AVERILL,
        Defendant.
_____

SC: 144721
COA: 297819
Saginaw CC: 09-006758-CH

      On order of the Chief Justice, the stipulation signed by the parties for adjournment of the oral argument of this case is considered and it is GRANTED. The clerk is directed to place this case on the November, 2013 Session Calendar for argument and submission.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 17, 2013



Clerk